# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

May 2, 2006

Marshal Piccini, AUSA

John J. Trucilla, AUSA

Thomas W. Patton, AFPD

Hugo Lopez c/o Thomas W. Patton, AFPD

U.S. Marshal

Probation Office

    Re: United States of America v. Hugo Lopez
        Criminal No. 00-19E

Dear Counsel:

    Please be advised that a Supervised Release Violation Hearing for defendant Hugo Lopez is scheduled in the above captioned matter on Tuesday, May 16, 2006 at 3:00 p.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

                              Very truly yours,

                              John Galovich, Deputy Clerk
                              To Judge Maurice B. Cohill, Jr.