# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
)
Plaintiff )
vs. )  No.  CR 00-19 Erie
Hugo Lopez )
)
)
Defendant )

**HEARING ON** May 3, 2006

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Marshall J. Piccinini, Esq., AUSA        *unrepresented at this hearing*

Appear for Plaintiff                              Appear for Defendant

Hearing Begun  10:40 a.m.                 Hearing Adjourned to

Hearing concluded C.A.V.  10:45 a.m.    Stenographer Ron Bench
                                          CD:          Index:

**WITNESSES**

For Plaintiff                                     For Defendant

Per order dated April 20, 2005, defendant's    *Defendant requests appt*
bond is set at $5,000 cash.                    *of counsel - Fed. P.D.*
                                               *appointed.*
Revocation hearing is scheduled for
5/16/06 at 3:00 before Judge Cohill.

*Prelim hearing set for*
*Monday, May 8, 2006 at*
*10:30 a.m.*