AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

HUGO LOPEZ

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:   CR 00-19 ERIE

I, __Hugo Lopez__ , charged in a ☐ complaint  x petition pending in this District __Western District of Pennsylvania__

in violation of _____ , U.S.C., _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a    ☐ examination    ☐ hearing   , do hereby waive (give up) my right to a preliminary ☐ examination  x hearing.

_____
Defendant

_____
Counsel for Defendant

5/11/2006
Date