IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America           )
                                   )
                                   )
                                   )
              vs.                  )          CR  00-19Erie
Hugo Lopez                         )
                                   )
                                   )
              Defendants )

HEARING ON  Supervised release violation

Before  Judge Maurice B. Cohill, Jr.

Marshall Piccinini AUSA                    Tom Patton AFPD

Appear for Plaintiff                       Appear for Defendant

Hearing Begun  3:10  5/16/06               Hrg Adjourned to  —

Hrg concluded C.A.V. 3:33 5/16/06          Stenographer  Karen Earley

WITNESSES

For Plaintiff                              For Defendant

                                           1. Dan Watkins

Grade C Violation
U.S.S.G. range 7-13 mo. Imprisonment

S.R. Revoked — sentence imposed 14 mo., 6 mo. S.R.
All conditions of S.R. to remain as stated in A's sentence.
Judge will recommend housing near Erie.